IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ALONSO CAVAZOS                                                                              PLAINTIFF

v.                                                                                 No. 2:09CV00048-WAP-DAS

UNITED STATES OF AMERICA, ET AL.                                                 DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated February 18, 2011, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated February 18, 2011, are hereby approved and adopted as the opinion of the Court.

2. That the complaint is dismissed without prejudice pursuant to FED.R.CIV.P. 4(m).

**THIS**, the 18th day of March, A.D., 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE